B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RAINAID, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**88-0353602** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4601 E. CHEYENNE AVENUE, STE 107**<br>**LAS VEGAS, NV**<br>ZIP Code **89115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                         **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RAINAID, INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RAINAID, INC.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ AMBRISH S. SIDHU**
Signature of Attorney for Debtor(s)

**AMBRISH S. SIDHU 7516**
Printed Name of Attorney for Debtor(s)

**SIDHU LAW FIRM, LLC**
Firm Name

**3883 HOWARD HUGHES PKWY.
SUITE 790
LAS VEGAS, NV 89169**

_____
Address

**Email: ssidhu@sidhulawfirm.com**
**702-579-7700  Fax: 702-384-4437**
Telephone Number

**November 21, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DAVID ZEMAN**
Signature of Authorized Individual

**DAVID ZEMAN**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**November 21, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## RAINAID, INC.
### a Nevada Corporation

The undersigned, being all of the members of the Board of Directors (the "*Board*") of RainAid, Inc., a Nevada Corporation (the "*Company*"), do hereby take the following actions, effective as of the _19_ day of November, 2014, by unanimous written consent:

WHEREAS: The Board deems it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 7 of Title 11 of the United States Code ("*Chapter 7*").

After due consideration, it is hereby

RESOLVED, that David Zeman, President of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 7 in the Bankruptcy Court;

FURTHER RESOLVED, that David Zeman, President of the Company, shall be designated as natural person responsible for the duties of debtor, including, but not limited to, executing all pleadings and paperwork required to effectuate the bankruptcy filing for the Company under Chapter 7;

RESOLVED FURTHER, that the Board authorizes, directs and ratifies David Zeman's hiring of the Sidhu Law Firm, LLC to represent the Company in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Company's Board, have executed these resolutions and delivered them to the Secretary of the Company.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Nevada

In re   **RAINAID, INC.**                                        ,

Case No. _____

                              Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 105,504.27 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,236,557.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 712,788.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 105,504.27 | | |
| Total Liabilities | | | | 1,949,345.36 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Nevada

In re   **RAINAID, INC.**
_____ ,
                                        Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **RAINAID, INC.**                              ,        Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  |  | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **RAINAID, INC.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Business Checking Account - #1463 (Negative Balance)** | - | 0.00 |
| | | **Wells Fargo Business Checking Account - #1471** | - | 82.79 |
| | | **Wells Fargo Business Payroll Account** | - | 62.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Commericial Lease Deposit** **INDCOR PROPERTIES** **TWO N. RIVERSIDE PLAZA, #2350** **CHICAGO, IL 60606** | - | 16,896.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **17,040.79**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **RAINAID, INC.**                                                          ,          Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Business Accounts Receivable - See Attached List** | - | 55,463.48 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **55,463.48**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **RAINAID, INC.**                                                    ,    Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTERS, PRINTERS, COPIER, MISC. OFFICE FURNITURE & SUPPLIES | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment: Forklift, Refrigation Units, Compressors, Hopper Loader | - | 4,000.00 |
| | | Two (2) 150 h.p. DC Motors (Held at Henderson Electric Motors) | - | 24,000.00 |
| 30. Inventory. | | Raw Materials ($3,0000); Finished Goods ($1,000) | - | 4,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 33,000.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 105,504.27 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

2:13 PM

11/20/14

# RainAid, Inc.
# A/R Aging Summary
### As of November 20, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AAMIGO IRRIGATION SUPPLY | 0.00 | 1,788.40 | 0.00 | 0.00 | 0.00 | 1,788.40 |
| J.W. WOOD COMPANY, INC. (R) | 0.00 | 1,082.20 | 0.00 | 0.00 | 0.00 | 1,082.20 |
| JOHN DEERE LANDSCAPES #153 | 0.00 | 0.00 | -308.40 | 308.40 | 0.00 | 0.00 |
| JOHN DEERE LANDSCAPES #160 | 0.00 | 679.80 | 0.00 | 0.00 | 0.00 | 679.80 |
| JOHN DEERE LANDSCAPES #161 | 0.00 | 907.00 | 0.00 | 0.00 | 0.00 | 907.00 |
| JOHN DEERE LANDSCAPES #282 | 0.00 | 2,625.85 | 0.00 | 908.70 | -136.16 | 3,398.39 |
| JOHN DEERE LANDSCAPES #285 | 0.00 | 1,138.81 | 0.00 | 0.00 | 0.00 | 1,138.81 |
| JOHN DEERE LANDSCAPES #304 | 0.00 | 3,895.05 | 319.30 | 0.00 | 0.00 | 4,214.35 |
| JOHN DEERE LANDSCAPES #305 | 0.00 | 2,174.30 | 0.00 | 2,006.85 | 0.00 | 4,181.15 |
| JOHN DEERE LANDSCAPES #306 | 0.00 | 1,032.85 | 0.00 | 0.00 | 0.00 | 1,032.85 |
| JOHN DEERE LANDSCAPES #307 | 0.00 | 6,062.90 | 0.00 | 0.00 | 0.00 | 6,062.90 |
| JOHN DEERE LANDSCAPES #308 | 0.00 | 1,832.50 | 0.00 | 0.00 | 0.00 | 1,832.50 |
| JOHN DEERE LANDSCAPES #309 | 0.00 | 2,269.20 | 0.00 | 0.00 | 0.00 | 2,269.20 |
| JOHN DEERE LANDSCAPES #311 | 0.00 | 1,139.75 | 0.00 | 0.00 | 0.00 | 1,139.75 |
| JOHN DEERE LANDSCAPES #332 | 0.00 | 948.65 | 0.00 | 0.00 | 513.00 | 1,461.65 |
| JOHN DEERE LANDSCAPES #382 (1) | 0.00 | 161.61 | 0.00 | 0.00 | 0.00 | 161.61 |
| JOHN DEERE LANDSCAPES 377 | 0.00 | 650.40 | 0.00 | 0.00 | 0.00 | 650.40 |
| LARSEN SUPPLY CO (1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NDS/AGRIFIM/RAINDRIP | 0.00 | 2,704.06 | 0.00 | 0.00 | 0.00 | 2,704.06 |
| ORBIT IRRIGATION | 0.00 | 0.00 | 13,323.87 | 0.00 | 0.00 | 13,323.87 |
| ORBIT IRRIGATION PRODUCTS | 0.00 | 3,378.00 | 0.00 | 0.00 | 0.00 | 3,378.00 |
| PAJARO VALLEY IRRIGATION, INC. | 0.00 | 107.68 | 0.00 | 0.00 | 0.00 | 107.68 |
| RAIN DANCE WATER WORKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RAMONA IRRIGATION | 0.00 | 0.00 | 0.00 | 0.00 | -195.00 | -195.00 |
| SAND CHANNEL DRAINAGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOTTS VALLEY SPRINKLER (2) | 0.00 | 1,030.60 | 0.00 | 0.00 | 0.00 | 1,030.60 |
| SPOT SYSTEMS | 1,731.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,731.06 |
| TODD PIPE & SUPPLY | 0.00 | 1,382.25 | 0.00 | 0.00 | 0.00 | 1,382.25 |
| TOTAL | 1,731.06 | 36,991.86 | 13,334.77 | 3,223.95 | 181.84 | 55,463.48 |

B6D (Official Form 6D) (12/07)

In re    **RAINAID, INC.**                                                  ,    Case No. _____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.

**BASIC CAPITAL CORP.**
**ATTN: BANKRUPTCY DEBT /**
**MANAGER**
**21407 COLINA DR**
**TOPANGA, CA 90290** | | - | FACTORING

Business Accounts Receivable - See Attached List

Value $                55,463.48 | | | | 35,471.00 | 0.00 |
| Account No.

**CENTENNIAL BANK**
**C/O MARK J. CONNOT, ESQ.**
**ROX ROTHSCHILD LLP**
**3800 HOWARD HUGHES PKWY, #500**
**LAS VEGAS, NV 89169** | | - | UCC

BUSINESS LOAN

Value $                Unknown | | X | X | 971,086.00 | Unknown |
| Account No.

**MERCHANT ADVANCE**
**PLATINUM RAPID FUNDING GROUP**
**348 RXR PLAZA**
**UNIONDALE, NY 11556** | | - | UCC

BUSINESS LOAN

Value $                Unknown | | | | 65,000.00 | Unknown |
| Account No.

**R&L CAPITAL ASSOCIATES CORP.**
**DBA ENTRUST MERCHANT**
**SOLUTIONS**
**263 WEST 38TH ST.**
**NEW YORK, NY 10018** | X | - | UCC

BUSINESS LOAN

Value $                Unknown | | | | 165,000.00 | Unknown |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,236,557.00 | 0.00 |
| Total (Report on Summary of Schedules) | 1,236,557.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re  **RAINAID, INC.**                                                    ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **RAINAID, INC.**                                            ,        Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**A-1 EXPRESS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4520 MAYWOOD AVENUE**<br>**LOS ANGELES, CA 90058** | | - | | | **September 2014 - October 2014**<br>**BUSINESS DEBT** | | | | 755.54 |
| Account No. **xx1500**<br><br>**AARUBCO**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 8028**<br>**SADDLE BROOK, NJ 07663** | | | | | **OCTOBER 2014**<br>**BUSINESS DEBT** | | | | 880.00 |
| Account No.<br><br>**AL'S PLASTICS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1011 WALNUT AVENUE**<br>**POMONA, CA 91766** | | | | | **SEPTEMBER 2014 THROUGH NOVEMBER 2014**<br>**BUSINESS DEBT** | | | | 358,083.82 |
| Account No. **x4-277**<br><br>**AL-BE INDUSTRIES, INC.**<br>**ATTN: BANKRUPTCY DEPT./MANAGING AGENT**<br>**4230 ARTESIA AVENUE**<br>**FULLERTON, CA 92833** | | - | | | **AUGUST 2014**<br>**BUSINESS DEBT** | | | | 212.26 |

|  | Subtotal<br>(Total of this page) | 359,931.62 |
|---|---|---|

__10__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **RAINAID, INC.**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**AMERICAN VIDEO AND SECURITY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1421 E. SUNSET RD. LAS VEGAS, NV 89119** | - | | | | **AUGUST 2014 BUSINESS DEBT** | | | | 60.00 |
| Account No. **x0103**<br><br>**AQUA CHILL, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 24742 TEMPE, AZ 85285** | - | | | | **AUGUST 2014 - SEPTEMBER 2014 BUSINESS DEBT** | | | | 97.29 |
| Account No. **5157**<br><br>**AZTEC BEARING ATTN BANKRUPTCY DEPT./MANAGING AGENT 3725 W. RUSSELL RD LAS VEGAS, NV 89118** | - | | | | **SEPTEMBER 2014 BUSINESS DEBT** | | | | 30.55 |
| Account No.<br><br>**B&B PLASTICS INC. ATTN: BANKRUPTCY DEPT./MANAGING AGENT 3040 LOCUST AVE. RIALTO, CA 92376** | - | | | | **SEPTEMBER 2014 BUSINESS DEBT** | | | | 6,561.50 |
| Account No. **xx6091**<br><br>**BEARING BELT CHAIN CO. INC. ATTN BANKRUPTCY DEPT./MANAGING AGENT PO BOX 54075 DALLAS, TX 75354** | - | | | | **AUGUST - SEPTEMBER 2014 BUSINESS DEBT** | | | | 89.25 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,838.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **RAINAID, INC.** ,                                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BRE/PAC OWNER LLC** <br>**ATTN: BANKRUPTCY** <br>**DEPT./MANAGING AGENT** <br>**PO BOX 101466** <br>**PASADENA, CA 91189** | - | | **NOVEMBER 2014** <br>**BUSINESS DEBT** | | | | 34,844.48 |
| Account No. **xxINA-1** <br><br>**CAPSTONE BROKERAGE, INC.** <br>**ATTN: BANKRUPTCY** <br>**DEPT./MANAGING AGENT** <br>**8681 W. SAHARA AVE., SUITE 100** <br>**LAS VEGAS, NV 89117** | - | | **OCTOBER 2014** <br>**BUSINESS DEBT** | | | | 3,212.59 |
| Account No. <br><br>**CENTRAL TRANSPORT** <br>**ATTN: BANKRUPTCY** <br>**DEPT./MANAGING AGENT** <br>**PO BOX 33299** <br>**DETROIT, MI 48232** | - | | **OCTOBER 2014 THROUGH SEPTEMBER 2014** <br>**BUSINESS DEBT** | | | | 6,224.75 |
| Account No. **xxxxx5095** <br><br>**CENTURYLINK** <br>**ATTN: BANKRUPTCY** <br>**DEPT/MANAGING AGENT** <br>**P.O. BOX 2961** <br>**PHOENIX, AZ 85062-2961** | - | | **OCTOBER 2014** <br>**BUSINESS DEBT** | | | | 93.76 |
| Account No. **xxx-xxxxxx3485** <br><br>**CONCENTRA OF THE SOUTHEAST** <br>**ATTN: BANKRUPTCY** <br>**DEPT./MANAGING AGENT** <br>**PO BOX 9010** <br>**BROOMFIELD, CO 80021** | - | | **OCTOBER 2014** <br>**BUSINESS DEBT** | | | | 69.50 |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,445.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **RAINAID, INC.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DAVID & VICKI ZEMAN<br>PO BOX 42040<br>LAS VEGAS, NV 89116 | - | | 2005-2014<br>BUSINESS LOAN | | | | 173,200.00 |
| Account No. xxxxxxxx2 (H-25)<br><br>DEPARTMENT OF BUSINESS & INDUSTRY<br>DIVISION OF INDUSTRIAL RELATIONS - OSHA<br>1301 N. GREEN VALLEY PKWY #200<br>HENDERSON, NV 89074 | - | | BUSINESS DEBT | | | | 5,133.00 |
| Account No. xxxNA01<br><br>EXTRUSION CONTROL & SUPPLY INC.<br>ATTN: BANKRUPTCY DEPT./MANAGING AGENT<br>2325 PARKLAWN DR., SUITE C<br>WAUKESHA, WI 53186 | | | OCTOBER 2014<br>BUSINESS DEBT | | | | 1,401.42 |
| Account No. xxxxx6114<br><br>FASTENAL INC.<br>ATTN: BANKRUPTCY DEPT./MANAGING AGENT<br>P.O. BOX 978<br>WINONA, MN 55987 | - | | JUNE 2014 THROUGH OCTOBER 2014<br>BUSINESS DEBT | | | | 328.56 |
| Account No. xxxx-x469-A<br><br>FEDEX EXPRESS GROUND<br>ATTN: BANKRUPTCY DEPT./MANAGING AGENT<br>PO BOX 7221 | - | | NOVEMBER 2014<br>BUSINESS DEBT | | | | 787.02 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

180,850.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **RAINAID, INC.** ,                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GROVE MADSEN INDUSTRIES ATTN: BANKRUPTCY DEPT./MANAGING AGENT 4155 W. RUSSELL RD., SUITE A LAS VEGAS, NV 89118** | - | | **OCTOBER 2014 BUSINESS DEBT** | | | | 143.49 |
| Account No. **RAINAID** <br><br> **HENDERSON ELECTRIC ATTN: BANKRUPTCY DEPT./MANAGING AGENT PO BOX 92667 HENDERSON, NV 89009** | - | | **JANUARY 2014 BUSINESS DEBT** | | | | 6,618.99 |
| Account No. <br><br> **HOULDSWORTH & COMPANY ATTN: BANKRUPTCY DEP./MANAGING AGENT 8455 W. FLAMINGO ROAD, SUITE #3 LAS VEGAS, NV 89147** | | | **1680 ACCOUNTANT FEES** | | | | 2,915.00 |
| Account No. **xxxxx1122** <br><br> **IPFS CORPORATION ATTN: BANKRUPTCY DEPT./MANAGING AGENT 45 EAST RIVER PARK PLACE WEST FRESNO, CA 93720** | - | | **BUSINESS DEBT** | | | | 1,618.92 |
| Account No. **RAINAID, INC.** <br><br> **ITERNAL NETWORKS ATTN: BANKRUPTCY DEP./MANAGING AGENT 4305 E. SAHARA AVE., SUITE #2 LAS VEGAS, NV 89104** | - | | **SEPT. THROUGH NOV. 2014 BUSINESS DEBT** | | | | 60.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **11,356.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RAINAID, INC.** ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx7109**  KAMAN INDUSTRIAL TECHNOLOGIES ATTN: BANKRUPTCY DEP./MANAGING AGENT FILE 25356 LOS ANGELES, CA 90074 | - | | | | **JULY 2014 THROUGH OCTOBER 2014 BUSINESS DEBT** | | | | 64.86 |
| Account No.  LAS VEGAS TOWEL & TISSUE ATTN: BANKRUPTCY DEP./MANAGING AGENT PO BOX 94946 LAS VEGAS, NV 89193 | - | | | | **OCTOBER 2014 BUSINESS DEBT** | | | | 151.65 |
| Account No. **xxx-xxxx-xxx420-0**  LOWE'S ATTN: BANKRUPTCY DEP./MANAGING AGENT PO BOX 530914 ATLANTA, GA 30353 | - | | | | **OCTOBER AND NOVEMBER 2014 BUSINESS DEBT** | | | | 229.98 |
| Account No.  MARIO LOVATO LOVATO LAW FIRM 8670 W. CHEYENNE AVENUE #120 LAS VEGAS, NV 89129 | - | | | | **LEGAL FEES** | | | | 13,938.15 |
| Account No.  MATHERS ASSOCIATES CO. ATTN: BANKRUPTCY DEP./MANAGING AGENT 2390 GREENFIELD AVENUE NORTH CHICAGO, IL 60064 | - | | | | **AUGUST AND OCTOBER 2014 BUSINESS DEBT** | | | | 1,273.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,657.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **RAINAID, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4660** <br><br> **MCMASTER-CARR SUPPLY CO. ATTN: BANKRUPTCY DEP./MANAGING AGENT PO BOX 7690 CHICAGO, IL 60680** | - | | **AUGUST THROUGH NOVEMBER 2014 BUSINESS DEBT** | | | | 1,507.11 |
| Account No. **xA000** <br><br> **MESA INDUSTRIES ATTN: BANKRUPTCY DEP./MANAGING AGENT 230 N. 48TH AVE. PHOENIX, AZ 85043** | - | | **OCTOBER 2014 BUSINESS DEBT** | | | | 3,443.00 |
| Account No. **xx4909** <br><br> **MINARK CORP. ATTN: BANKRUPTCY DEP./MANAGING AGENT 62303 COLLECTIONS CENTER DR. CHICAGO, IL 60693** | - | | **SEPTEMBER 2014 BUSINESS DEBT** | | | | 463.48 |
| Account No. <br><br> **NEVADA HOUSE OF HOSE ATTN: BANKRUPTCY DEPT./MANAGING AGENT 1015 SHARP CIRCLE NORTH LAS VEGAS, NV 89030** | - | | **SEPTEMBER 2014 BUSINESS DEBT** | | | | 81.08 |
| Account No. **xx7220** <br><br> **NEWARK - ELEMENT 14 ATTN: BANKRUPTCY DEPT./MANAGING AGENT PO BOX 94151 PALATINE, IL 60094** | - | | **SEPTEMBER 2014 BUSINESS DEBT** | | | | 273.80 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,768.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RAINAID, INC.**                                                     ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x1071**<br><br>**NEWAY PACKAGING CORP.**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**PO BOX 678637**<br>**DALLAS, TX 75267** | - | | | | **NOVEMBER 2014**<br>**BUSINESS DEBT** | | | | 242.50 |
| Account No.<br><br>**NV ENERGY**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**P.O. BOX 30086**<br>**RENO, NV 89520-3086** | - | | | | **BUSINESS DEBT** | | | | 5,068.59 |
| Account No. **xxxx-xxxx-xxxx-3562**<br><br>**OFFICE DEPOT**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**DEPT. 56-8404633562**<br>**P.O. BOX 689020**<br>**DES MOINES, IA 50368-9020** | - | | | | **SEPTEMBER AND NOVEMBER 2014**<br>**BUSINESS DEBT** | | | | 416.70 |
| Account No. **xxx2253**<br><br>**PANNIER**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**207 SANDUSKY ST.**<br>**PITTSBURGH, PA 15212** | - | | | | **OCTOBER 2014**<br>**BUSINESS DEBT** | | | | 7,795.21 |
| Account No.<br><br>**PLASTICS COLOR CORP.**<br>**ATTN: BANKRUPTCY**<br>**DEPT/MANAGING AGENT**<br>**PO BOX 918804**<br>**DENVER, CO 80291** | - | | | | **BUSINESS DEBT** | | | | 1,287.50 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,810.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **RAINAID, INC.**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xAG80**<br><br>**PRAXAIR DISTRIBUTION, INC.**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**PO BOX 120812, DEPT 0812**<br>**DALLAS, TX 75312-0812** | - | | **OCTOBER 2014**<br>**BUSINESS DEBT** | | | | 543.49 |
| Account No. **2173**<br><br>**SANTA FE MACHINE WORKS, INC.**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**14578 RAMCHO VISA DR.**<br>**FONTANA, CA 92335** | - | | **OCTOBER 2014**<br>**BUSINESS DEBT** | | | | 5,078.00 |
| Account No.<br><br>**SOUND MANAGEMENT**<br>**ATTN: BANKRUPTCY**<br>**DEPT/MANAGING AGENT**<br>**6655 W. SAHARA AVE.**<br>**#C-112**<br>**LAS VEGAS, NV 89146** | - | | **BUSINESS DEBT** | | | | 216.00 |
| Account No.<br><br>**STATE OF NEVADA**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**1301 N. GREEN VALLEY PKWY.,**<br>**SUITE 200**<br>**Henderson, NV 89074** | - | | **SEPTEMBER 2014**<br>**BUSINESS DEBT** | | | | 5,133.67 |
| Account No.<br><br>**SUPERIOR SALES GROUP**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**13050 GRASS CREEK AVE., UNIT #3**<br>**HENDERSON, NV 89012** | - | | **BUSINESS DEBT** | | | | 1,135.77 |

Sheet no. __**8**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 12,106.93 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **RAINAID, INC.** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| SWETT & CRAWFORD ATTN: BANKRUPTCY DEPT/MANAGING AGENT 17901 Von Karman Ave. Suite 400 IRVINE, CA 92614 | - | | | | | | | 2,259.00 |
| Account No. xx-xxx1508 | | | | OCTOBER 2014 BUSINESS DEBT | | | | |
| THOMAS PETROLEUM ATTN: BANKRUPTCY DEPT./MANAGING AGENT PO BOX 413045 SALT LAKE CITY, UT 84141 | - | | | | | | | 983.68 |
| Account No. xxxxxxxxxx4976 | | | | BUSINESS DEBT | | | | |
| TYCO INTEGRATED ATTN: BANKRUPTCY DEPT./MANAGING AGENT PO BOX 371967 PITTSBURGH, PA 15250 | - | | | | | | | 1,479.65 |
| Account No. xxx4337 | | | | JULY 2014 AND OCTOBER 2014 BUSINESS DEBT | | | | |
| ULINE ATTN: BANKRUPTCY DEPT./MANAGING AGENT PO BOX 88741 CHICAGO, IL 60680 | - | | | | | | | 105.63 |
| Account No. xxxx xx. xxxxxxx621B | | | | TRADE DEBT | | | | |
| UNIFIRST CORPORATION C/O MICHAEL C. VAN, ESQ. SHUMWAY VAN & HANSEN 8985 S. EASTERN AVE., SUITE 100 LAS VEGAS, NV 89123 | - | | | | | X | X | 30,514.28 |

Sheet no. _**9**_ of _**10**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,342.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **RAINAID, INC.**                                                    ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx8050**<br><br>**UNITED POLYMERS**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**14383 INDUSTRY CIRCLE**<br>**LA MIRADA, CA 90638** | - | | **MARCH 2014**<br>**BUSINESS DEBT** | | | | **16,400.00** |
| Account No. **4147**<br><br>**WELLS FARGO BANK**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**P.O. BOX 30086**<br>**LOS ANGELES, CA 90030-0086** | - | | **JULY 2014 THROUGH SEPTEMBER 2014**<br>**BUSINESS DEBT** | | | | **2,234.50** |
| Account No.<br><br>**WELLS FARGO BANK**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**P.O. BOX 30086**<br>**LOS ANGELES, CA 90030-0086** | - | | **JULY 2014 THROUGH SEPTEMBER 2014**<br>**BUSINESS DEBT** | | | | **5,846.39** |
| Account No. **xx6800**<br><br>**WESTERN ELITE**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**2745 N. NELLIS BLVD.**<br>**LAS VEGAS, NV 89115** | - | | **AUGUST 2014 THROUGH OCTOBER 2014**<br>**BUSINESS DEBT** | | | | **1,200.00** |
| Account No. | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **25,680.89** |
| | Total<br>(Report on Summary of Schedules) | **712,788.36** |

B6G (Official Form 6G) (12/07)

.

In re    **RAINAID, INC.**                                                  ,        Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DIRECT CAPITAL**<br>**155 COMMERCE WAY**<br>**PORTSMOUTH, NH 03801** | **EQUIPMENT LEASE - $48,000** |
| **DIRECT CAPITAL**<br>**155 COMMERCE WAY**<br>**PORTSMOUTH, NH 03801** | **EQUIPMENT LEASE - $25,000** |
| **DIRECT CAPITAL**<br>**155 COMMERCE WAY**<br>**PORTSMOUTH, NH 03801** | **EQUIPMENT LEASE - $40,000** |
| **INDCOR PROPERTIES**<br>**C/O BRE/PAC OWNER, LLC**<br>**TWO N. RIVERSIDE PLAZA #2350**<br>**CHICAGO, IL 60606** | **BUILDING LEASE FOR 4601 E. CHEYENNE AVE.,**<br>**#107, LAS VEGAS, NV 89115** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **RAINAID, INC.**  ,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DAVID ZEMAN**<br>**PO BOX 42040**<br>**LAS VEGAS, NV 89116**<br>  **PERSONAL GUARANTY** | **R&L CAPITAL ASSOCIATES CORP.**<br>**DBA ENTRUST MERCHANT SOLUTIONS**<br>**263 WEST 38TH ST.**<br>**NEW YORK, NY 10018** |
| **DAVID ZEMAN**<br>**PO BOX 42040**<br>**LAS VEGAS, NV 89116**<br>  **PERSONAL GUARANTY** | **MERCHANT ADVANCE**<br>**PLATINUM RAPID FUNDING GROUP**<br>**348 RXR PLAZA**<br>**UNIONDALE, NY 11556** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **RAINAID, INC.** _____    Case No. _____

                                                                   Debtor(s)                      Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **22**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 21, 2014** _____        Signature    **/s/ DAVID ZEMAN** _____

                                                            **DAVID ZEMAN**

                                                            **PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re    **RAINAID, INC.**                       Case No.

                                 Debtor(s)             Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-240,000.00 | **2014 YTD:  Debtor Business Income** |
| $106,827.03 | **2013:  Debtor Business Income** |
| $1,255.15 | **2012:  Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                   SOURCE

B7 (Official Form 7) (04/13)                                                                                          2

---

### 3. Payments to creditors

None
☑   *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or
   services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the
   aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
   payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
   a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
   include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
   not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
   immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
   transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
   account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
   budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other
   transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
   filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| INDCOR PROPERTIES C/O BRE/PAC OWNER, LLC TWO N. RIVERSIDE PLAZA #2350 CHICAGO, IL 60606 | 08-05-14 THROUGH 10-03-14 | $51,841.79 | $17,847.17 |
| SPECTRUM SERVICES 5942 SILVER TRACE CT. HENDERSON, NV 89011 | 08-01-14 THROUGH 11-07-14 | $18,073.84 | $0.00 |
| IPFS 24722 NETWORK PLACE CHICAGO, IL 60673 | 08-01-14 THROUGH 11-03-14 | $6,556.63 | $0.00 |
| NV ENERGY 6226 W. SAHARA AVENUE LAS VEGAS, NV 89146 | 08-01-14 THROUGH 10-03-14 | $514.60 | $0.00 |
| SAVKO SALES 993 HARVEY ROAD GALT, CA 95632 | 08-06-14 THROUGH 11-10-14 | $7,390.64 | $0.00 |
| WELLS FARGO BANK 1103 SOUTH 2ND STREET RATON, NM 87740 | | $0.00 | $0.00 |
| AL'S PLASTICS 1011 WALNUT AVENUE POMONA, CA 91766 | 08-09-14 THROUGH 10-30-14 | $15,858.04 | $0.00 |
| HOFFMAN PLASTICS 16616 GARFIELD AVENUE PARAMOUNT, CA 90723 | | $16,400.00 | $0.00 |
| B&B PLASTICS 3040 LOCUST AVENUE RIALTO, CA 92376 | 09-02-14 | $6,715.50 | $6,561.50 |
| DAVID ZEMAN PO BOX 42040 LAS VEGAS, NV 89116 | 09-02-14 THROUGH 11-03-14 | $10,500.00 | $173,200.00 |

   *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **TECHMER PM** **18420 LAUREL PARK ROAD** **COMPTON, CA 90220** | **08-29-14 THROUGH 10-23-14** | **$6,540.00** | **$0.00** |
| **WELLS FARGO CREDIT CARD** | **ACCT. ENDING #2891 08-01-14 THROUGH 11-07-14** | **$3,500.00** | **$7,846.39** |
| **WELLS FARGO CERDIT CARD** | **ACCT. ENDING #3470 08-01-14 THROUGH 11-07-14** | **$1,700.00** | **$3,234.50** |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **H. MUEHLSTEIN & CO., INC. vs. RAINAID, INC. CASE NO. A654148** | **CIVIL** | **CLARK COUNTY COURT** | **CASE DISMISSED** |
| **CENTENNIAL BANK et al. vs. RAINAID, INC. CASE NO. 2:14-CV-00363** | **COLLECTION** | **UNITED STATES DISTRICT COURT** | **PENDING** |
| **UNIFIRST CORP. vs. RAINAID, INC.** | **CONTRACT LITIGATION** | **DISTRICT COURT, WASHOE COUNTY, NEVADA, CASE NO. 14-OC-002621-B** | **PENDING** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **HENDERSON ELECTRIC MOTORS** **1414 ATHOL AVENUE** **HENDERSON, NV 89015** | **10-30-14** | **150 HP MOTOR - $12,000** |

B7 (Official Form 7) (04/13)                                                                                                                       4

---

#### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

#### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **SIDHU LAW FIRM, LLC 810 S. CASINO CENTER BLVD. LAS VEGAS, NV 89101** | **11-12-14** | **$5,500** |

---

#### 10. Other transfers

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                                                                5

None        b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
            trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
□
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **JAMEEL WILLIAMS** **4601 E. CHEYENNE AVENUE** **LAS VEGAS, NV 89115** | **Manufacturing Equipment (Printers, Accumulataros, Extruders, etc.) - $100,000.** | **4601 E. CHEYENNE AVENUE** **LAS VEGAS, NV 89115** |

---

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                                    6

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                                      7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**
**HOULDSWORTH & COMPANY**
**8455 W. FLAMINGO ROAD**
**#3**
**LAS VEGAS, NV 89147**

**VICKI ZEMAN**
**4601 E. CHEYENNE AVE.**
**#107**
**LAS VEGAS, NV 89115**

**DATES SERVICES RENDERED**
**ONGOING**

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**NAME**                              **ADDRESS**                                           **DATES SERVICES RENDERED**
**HOULDSWORTH & COMPANY**            **8455 W. FLAMINGO ROAD**                              **ONGOING**
                                     **#3**
                                     **LAS VEGAS, NV 89147**

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME**                                                    **ADDRESS**
**HOULDSWORTH & COMPANY**                                   **8455 W. FLAMINGO ROAD**
                                                            **#3**
                                                            **LAS VEGAS, NV 89147**

**VICKI ZEMAN**                                             **4601 E. CHEYENNE AVE.**
                                                            **#107**
                                                            **LAS VEGAS, NV 89115**

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                      8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **DIRECT CAPITAL**<br>**155 COMMERCE WAY**<br>**PORTSMOUTH, NH 03801** | **OCTOBER AND NOVEMBER 2013; MAY 2014** |
| **BAY BUSINESS CREDIT**<br>**1460 MARIA LANE**<br>**SUITE 300**<br>**WALNUT CREEK, CA 94596** | **APRIL 2014** |
| **REGAL MERCHANT FUNDING/AMERIMERCHANT**<br>**200 S. SERVICE ROAD**<br>**280 N. OLD WOODWARD #LL1**<br>**BIRMINGHAM, MI 48009** | **AUGUST 2014** |
| **MAIN STREET BUSINESS LOAN**<br>**1901 AVENUE OF THE STARS**<br>**#450**<br>**LOS ANGELES, CA 90067** | **AUGUST 2014** |
| **SKY BUSINESS CREDIT**<br>**4037 MAIN STREET**<br>**DOWNERS GROVE, IL 60515** | **AUGUST 2014** |
| **R&L CAPITAL ASSOCIATES CORP.**<br>**DBA ENTRUST MERCHANT SOLUTIONS**<br>**263 WEST 38TH ST.**<br>**NEW YORK, NY 10018** | **AUGUST 2014** |
| **PEAK SOURCE US**<br>**80 MAIDEN LANE**<br>**NEW YORK, NY 10038** | **AUGUST 2014** |
| **SBC FINANCIAL**<br>**261 W. 35TH STREET**<br>**NEW YORK, NY 10001** | **AUGUST 2014** |
| **MERCHANT ADVANCE**<br>**PLATINUM RAPID FUNDING GROUP**<br>**348 RXR PLAZA**<br>**UNIONDALE, NY 11556** | **SEPTEMBER 2014** |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **SEPTEMBER 2014** | **JAMEEL WILLIAMS** | **RAW MATERIAL $61,662.69**<br>**FINISHED GOODS - $23,977.39** |
| **OCTOBER 2014** | **JAMEEL WILLIAMS** | **RAW MATERIAL $31,000.00**<br>**FINISHED GOODS - $12,000.00** |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **SEPTEMBER 2014** | **VICKI ZEMAN**<br>**4601 E. CHEYENNE AVE., SUITE 107**<br>**LAS VEGAS, NV 89115** |

B7 (Official Form 7) (04/13)                                                                                                    9

DATE OF INVENTORY
**OCTOBER 2014**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**VICKI ZEMAN
4601 E. CHEYENNE AVE.
#107
LAS VEGAS, NV 89115**

---

| | **21 . Current Partners, Officers, Directors and Shareholders** |
|---|---|

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **DAVID ZEMAN**<br>**PO BOX 42040**<br>**LAS VEGAS, NV 89116** | **DIRECTOR/PRESIDENT** | **50%** |
| **VICKI ZEMAN**<br>**4601 E. CHEYENNE AVE.**<br>**#107**<br>**LAS VEGAS, NV 89115** | **SECRETARY/TREASURER** | **50%** |

---

| | **22 . Former partners, officers, directors and shareholders** |
|---|---|

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

| | **23 . Withdrawals from a partnership or distributions by a corporation** |
|---|---|

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DAVID ZEMAN**<br>**PO BOX 42040**<br>**LAS VEGAS, NV 89116**<br>   **PRESIDENT/DIRECTOR** | **SEE ATTACHED** | |

---

| | **24. Tax Consolidation Group.** |
|---|---|

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                                                                  10

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **November 21, 2014**                       Signature    **/s/ DAVID ZEMAN**
                                                                **DAVID ZEMAN**
                                                                **PRESIDENT**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

1:57 PM
11/12/14
Accrual Basis

# RainAid, Inc.
## Transactions by Account
### As of November 12, 2014

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **35200 · Loans from Shareholder** | | | | | | | |
| **35201 · Loans from Director** | | | | | | | |
| Check | 11/05/2013 | 9129 | David G. Zeman | Partial Repay... | 10600 · Wells ... | -700.00 | 129,400.00 |
| Deposit | 11/27/2013 | 1103 | David G. Zeman | Wells Fargo | 10600 · Wells ... | 25,000.00 | 128,700.00 |
| Check | 01/02/2014 | 9241 | David G. Zeman | Partial repay... | 10600 · Wells ... | -5,000.00 | 153,700.00 |
| General Journal | 01/15/2014 | 123126 | | To adjust pay... | 31300 · Accou... | -1,000.00 | 148,700.00 |
| Check | 01/16/2014 | 9308 | David G. Zeman | Partial Repay... | 10600 · Wells ... | -1,000.00 | 147,700.00 |
| Check | 02/03/2014 | 9336 | David G. Zeman | Partial Repay... | 10600 · Wells ... | -2,500.00 | 146,700.00 |
| Deposit | 02/07/2014 | 1300 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 2,000.00 | 144,200.00 |
| Check | 02/12/2014 | 9420 | David G. Zeman | Partial paym... | 10600 · Wells ... | -1,000.00 | 146,200.00 |
| Check | 02/19/2014 | 9414 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,500.00 | 145,200.00 |
| Check | 03/01/2014 | 9426 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,500.00 | 142,700.00 |
| Check | 03/07/2014 | 9491 | David G. Zeman | Partial Repay... | 10600 · Wells ... | -4,000.00 | 140,200.00 |
| Deposit | 03/07/2014 | 1302 | David G. Zeman | 1st Nat'l Ban... | 10600 · Wells ... | 3,000.00 | 136,200.00 |
| Check | 03/15/2014 | 9501 | David G. Zeman | Partial Paym... | 10600 · Wells ... | -500.00 | 139,200.00 |
| Check | 03/27/2014 | 9516 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,000.00 | 138,700.00 |
| Check | 04/01/2014 | 9553 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,000.00 | 136,700.00 |
| Check | 04/01/2014 | 9661 | David G. Zeman | Partial paym... | 10600 · Wells ... | -2,000.00 | 134,700.00 |
| Check | 04/08/2014 | 9622 | David G. Zeman | Partial repay... | 10600 · Wells ... | -1,000.00 | 132,700.00 |
| Check | 04/23/2014 | 9623 | David G. Zeman | Partial repay... | 10600 · Wells ... | -1,000.00 | 131,700.00 |
| Check | 04/23/2014 | 9624 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,000.00 | 130,700.00 |
| Check | 04/25/2014 | 9627 | David G. Zeman | Partial repay... | 10600 · Wells ... | -3,000.00 | 128,700.00 |
| Deposit | 05/07/2014 | 1011 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 4,000.00 | 125,700.00 |
| Deposit | 05/14/2014 | 1012 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 10,000.00 | 129,700.00 |
| Deposit | 05/29/2014 | 2121 | David G. Zeman | Wells Fargo | 10600 · Wells ... | 5,000.00 | 139,700.00 |
| Deposit | 06/03/2014 | 1015 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 10,000.00 | 144,700.00 |
| Deposit | 06/06/2014 | 1016 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 15,000.00 | 154,700.00 |
| Deposit | 07/02/2014 | 1017 | David G. Zeman | Loan from Dir... | 10600 · Wells ... | 10,000.00 | 169,700.00 |
| Deposit | 07/03/2014 | 2133 | David G. Zeman | Wells Fargo | 10600 · Wells ... | 1,500.00 | 179,700.00 |
| Check | 07/08/2014 | 9915 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,500.00 | 181,200.00 |
| Deposit | 08/27/2014 | 2161 | David G. Zeman | Wells Fargo | 10600 · Wells ... | 2,000.00 | 178,700.00 |
| Deposit | 08/27/2014 | 1311 | David G. Zeman | 1st National ... | 10600 · Wells ... | 3,000.00 | 180,700.00 |
| Check | 09/02/2014 | 10062 | David G. Zeman | Partial repay... | 10600 · Wells ... | -5,000.00 | 183,700.00 |
| Check | 10/10/2014 | 10126 | David G. Zeman | Partial repay... | 10600 · Wells ... | -2,000.00 | 178,700.00 |
| Check | 11/03/2014 | 10154 | David G. Zeman | Partial paym... | 10600 · Wells ... | -3,500.00 | 176,700.00 |
| | | | | | | | 173,200.00 |
| **Total 35201 · Loans from Director** | | | | | | 43,800.00 | 173,200.00 |
| **Total 35200 · Loans from Shareholder** | | | | | | 43,800.00 | 173,200.00 |
| **TOTAL** | | | | | | **43,800.00** | **173,200.00** |

# United States Bankruptcy Court
## District of Nevada

In re   **RAINAID, INC.**

_____
Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,500.00** |
| Prior to the filing of this statement I have received | $ | **5,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation for trustee audits, reaffirmation agreements, adversary proceedings or contested matters.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 21, 2014**
_____

**/s/ AMBRISH S. SIDHU**
**AMBRISH S. SIDHU 7516**
**SIDHU LAW FIRM, LLC**
**3883 HOWARD HUGHES PKWY.**
**SUITE 790**
**LAS VEGAS, NV 89169**
**702-579-7700  Fax: 702-384-4437**
**ssidhu@sidhulawfirm.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **RAINAID, INC.** _____  Case No. _____

                         Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 21, 2014** _____      **/s/ DAVID ZEMAN** _____

                                            **DAVID ZEMAN/PRESIDENT**
                                            Signer/Title

.

```
RAINAID, INC.
4601 E. CHEYENNE AVENUE, STE 107
LAS VEGAS, NV 89115

AMBRISH S. SIDHU
SIDHU LAW FIRM, LLC
3883 HOWARD HUGHES PKWY.
SUITE 790
LAS VEGAS, NV 89169

A-1 EXPRESS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4520 MAYWOOD AVENUE
LOS ANGELES, CA 90058

AARUBCO
Acct No xx1500
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 8028
SADDLE BROOK, NJ 07663

AL'S PLASTICS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1011 WALNUT AVENUE
POMONA, CA 91766

AL-BE INDUSTRIES, INC.
Acct No x4-277
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
4230 ARTESIA AVENUE
FULLERTON, CA 92833

AMERICAN VIDEO AND SECURITY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1421 E. SUNSET RD.
LAS VEGAS, NV 89119

AQUA CHILL, INC.
Acct No x0103
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 24742
TEMPE, AZ 85285

AZTEC BEARING
Acct No 5157
ATTN BANKRUPTCY DEPT./MANAGING AGENT
3725 W. RUSSELL RD
LAS VEGAS, NV 89118

B&B PLASTICS INC.
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
3040 LOCUST AVE.
RIALTO, CA 92376
```

```
BASIC CAPITAL CORP.
ATTN: BANKRUPTCY DEBT / MANAGER
21407 COLINA DR
TOPANGA, CA 90290

BEARING BELT CHAIN CO. INC.
Acct No xx6091
ATTN BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 54075
DALLAS, TX 75354

BRE/PAC OWNER LLC
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 101466
PASADENA, CA 91189

CAPSTONE BROKERAGE, INC.
Acct No xxINA-1
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
8681 W. SAHARA AVE., SUITE 100
LAS VEGAS, NV 89117

CENTENNIAL BANK
C/O MARK J. CONNOT, ESQ.
ROX ROTHSCHILD LLP
3800 HOWARD HUGHES PKWY, #500
LAS VEGAS, NV 89169

CENTRAL TRANSPORT
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 33299
DETROIT, MI 48232

CENTURYLINK
Acct No xxxxx5095
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 2961
PHOENIX, AZ 85062-2961

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PARKWAY
BOX 551220
LAS VEGAS, NV 89155-1220
```

CONCENTRA OF THE SOUTHEAST
Acct No xxx-xxxxxx3485
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 9010
BROOMFIELD, CO 80021

DAVID & VICKI ZEMAN
PO BOX 42040
LAS VEGAS, NV 89116

DAVID ZEMAN
PO BOX 42040
LAS VEGAS, NV 89116

DEPARTMENT OF BUSINESS & INDUSTRY
Acct No xxxxxxxx2 (H-25)
DIVISION OF INDUSTRIAL RELATIONS - OSHA
1301 N. GREEN VALLEY PKWY
#200
HENDERSON, NV 89074

DEPARTMENT OF EMPLOYMENT, TRAINING REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801

EXTRUSION CONTROL & SUPPLY INC.
Acct No xxxNA01
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
2325 PARKLAWN DR., SUITE C
WAUKESHA, WI 53186

FASTENAL INC.
Acct No xxxxx6114
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 978
WINONA, MN 55987

FEDEX EXPRESS GROUND
Acct No xxxx-x469-A
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 7221

GROVE MADSEN INDUSTRIES
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
4155 W. RUSSELL RD., SUITE A
LAS VEGAS, NV 89118

HENDERSON ELECTRIC
Acct No RAINAID
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 92667
HENDERSON, NV 89009

HOULDSWORTH & COMPANY
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
8455 W. FLAMINGO ROAD, SUITE #3
LAS VEGAS, NV 89147

INDCOR PROPERTIES
C/O BRE/PAC OWNER, LLC
TWO N. RIVERSIDE PLAZA #2350
CHICAGO, IL 60606

IPFS CORPORATION
Acct No xxxxx1122
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
45 EAST RIVER PARK PLACE WEST
FRESNO, CA 93720

IPFS CORPORATION
Acct No WAS351122
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
1001 WINSTEAD DR.
SUITE 500
CARY, NC 27513

IRS
P.O. BOX 7346
DPN 781
PHILADELPHIA, PA 19114

ITERNAL NETWORKS
Acct No RAINAID, INC.
ATTN: BANKRUPTCY DEP./MANAGING AGENT
4305 E. SAHARA AVE., SUITE #2
LAS VEGAS, NV 89104

KAMAN INDUSTRIAL TECHNOLOGIES
Acct No xx7109
ATTN: BANKRUPTCY DEP./MANAGING AGENT
FILE 25356
LOS ANGELES, CA 90074

LAS VEGAS TOWEL & TISSUE
ATTN: BANKRUPTCY DEP./MANAGING AGENT
PO BOX 94946
LAS VEGAS, NV 89193

```
LOWE'S
Acct No xxx-xxxx-xxx420-0
ATTN: BANKRUPTCY DEP./MANAGING AGENT
PO BOX 530914
ATLANTA, GA 30353

MARIO LOVATO
LOVATO LAW FIRM
8670 W. CHEYENNE AVENUE
#120
LAS VEGAS, NV 89129

MATHERS ASSOCIATES CO.
ATTN: BANKRUPTCY DEP./MANAGING AGENT
2390 GREENFIELD AVENUE
NORTH CHICAGO, IL 60064

MCMASTER-CARR SUPPLY CO.
Acct No xxxx4660
ATTN: BANKRUPTCY DEP./MANAGING AGENT
PO BOX 7690
CHICAGO, IL 60680

MERCHANT ADVANCE
PLATINUM RAPID FUNDING GROUP
348 RXR PLAZA
UNIONDALE, NY 11556

MESA INDUSTRIES
Acct No xA000
ATTN: BANKRUPTCY DEP./MANAGING AGENT
230 N. 48TH AVE.
PHOENIX, AZ 85043

MINARK CORP.
Acct No xx4909
ATTN: BANKRUPTCY DEP./MANAGING AGENT
62303 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY SECTION
555 E. WASHINGTON AVE. #1300
LAS VEGAS, NV 89101

NEVADA HOUSE OF HOSE
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
1015 SHARP CIRCLE
NORTH LAS VEGAS, NV 89030

NEWARK - ELEMENT 14
Acct No xx7220
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 94151
PALATINE, IL 60094
```

NEWAY PACKAGING CORP.
Acct No x1071
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 678637
DALLAS, TX 75267

NV ENERGY
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 30086
RENO, NV 89520-3086

OFFICE DEPOT
Acct No xxxx-xxxx-xxxx-3562
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
DEPT. 56-8404633562
P.O. BOX 689020
DES MOINES, IA 50368-9020

PANNIER
Acct No xxx2253
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
207 SANDUSKY ST.
PITTSBURGH, PA 15212

PLASTICS COLOR CORP.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 918804
DENVER, CO 80291

PRAXAIR DISTRIBUTION, INC.
Acct No xAG80
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 120812, DEPT 0812
DALLAS, TX 75312-0812

R&L CAPITAL ASSOCIATES CORP.
DBA ENTRUST MERCHANT SOLUTIONS
263 WEST 38TH ST.
NEW YORK, NY 10018

SANTA FE MACHINE WORKS, INC.
Acct No 2173
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
14578 RAMCHO VISA DR.
FONTANA, CA 92335

SOUND MANAGEMENT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
6655 W. SAHARA AVE.
#C-112
LAS VEGAS, NV 89146

```
STATE OF NEVADA
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
1301 N. GREEN VALLEY PKWY., SUITE 200
Henderson, NV 89074

SUPERIOR SALES GROUP
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
13050 GRASS CREEK AVE., UNIT #3
HENDERSON, NV 89012

SWETT & CRAWFORD
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
17901 Von Karman Ave.  Suite 400
IRVINE, CA 92614

THOMAS PETROLEUM
Acct No xx-xxx1508
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 413045
SALT LAKE CITY, UT 84141

TYCO INTEGRATED
Acct No xxxxxxxxxx4976
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 371967
PITTSBURGH, PA 15250

ULINE
Acct No xxx4337
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
PO BOX 88741
CHICAGO, IL 60680

UNIFIRST CORPORATION
Acct No xxxx xx. xxxxxxx621B
C/O MICHAEL C. VAN, ESQ.
SHUMWAY VAN & HANSEN
8985 S. EASTERN AVE., SUITE 100
LAS VEGAS, NV 89123

UNITED POLYMERS
Acct No xx-xxx8050
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
14383 INDUSTRY CIRCLE
LA MIRADA, CA 90638

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD. SOUTH
#4300
LAS VEGAS, NV 89101
```

```
WELLS FARGO BANK
Acct No 4147
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 30086
LOS ANGELES, CA 90030-0086

WELLS FARGO BANK
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 30086
LOS ANGELES, CA 90030-0086

WESTERN ELITE
Acct No xx6800
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
2745 N. NELLIS BLVD.
LAS VEGAS, NV 89115
```

# United States Bankruptcy Court
## District of Nevada

In re    __RAINAID, INC.__ _____

                           Debtor(s)

Case No. _____

Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RAINAID, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [_Check if applicable_]

__November 21, 2014__ _____

Date

__/s/ AMBRISH S. SIDHU__ _____

__AMBRISH S. SIDHU 7516__

Signature of Attorney or Litigant

Counsel for    __RAINAID, INC.__ _____

__SIDHU LAW FIRM, LLC__
__3883 HOWARD HUGHES PKWY.__
__SUITE 790__
__LAS VEGAS, NV 89169__
__702-579-7700 Fax:702-384-4437__
__ssidhu@sidhulawfirm.com__